# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0219

VERSUS

EUGENE DARRYL MCKNIGHT

**APRIL 22, 2021**

---

In Re:  Eugene Darryl McKnight, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 520,117& 520,119.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT